JS 44 (Rev. 10/20)

# AMENDED CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

BRIGADE HOLDINGS, INC.

## DEFENDANTS

AEGIS BUSINESS CREDIT, LLC

**(b)** County of Residence of First Listed Plaintiff  **DELAWARE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  **HILLSBOROUGH**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
BRUNDAGE LAW, P.A.
100 Main St. Suite 204

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | of Property 21 USC 881 | [ ] 423 Withdrawal | [ ] 376 Qui Tam (31 USC |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | [ ] 690 Other | 28 USC 157 | 3729(a)) |
| [ ] 140 Negotiable Instrument | Liability | **PERSONAL INJURY** | | [ ] 400 State Reapportionment |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | [ ] 365 Personal Injury - | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| & Enforcement of Judgment | Slander | Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | [ ] 367 Health Care/ | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted | Liability | Pharmaceutical | [ ] 835 Patent - Abbreviated | [ ] 460 Deportation |
| Student Loans | [ ] 340 Marine | Personal Injury | New Drug Application | [ ] 470 Racketeer Influenced and |
| (Excludes Veterans) | [ ] 345 Marine Product | Product Liability | [ ] 840 Trademark | Corrupt Organizations |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 368 Asbestos Personal | [ ] 880 Defend Trade Secrets | [ ] 480 Consumer Credit |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | Injury Product | Act of 2016 | (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Liability | | [ ] 485 Telephone Consumer |
| [x] 190 Other Contract | Product Liability | **PERSONAL PROPERTY** | **LABOR** | Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | Injury | [ ] 371 Truth in Lending | Act | [ ] 850 Securities/Commodities/ |
| | [ ] 362 Personal Injury - | [ ] 380 Other Personal | [ ] 720 Labor/Management | Exchange |
| | Medical Malpractice | Property Damage | Relations | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | [ ] 385 Property Damage | [ ] 740 Railway Labor Act | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | Product Liability | [ ] 751 Family and Medical | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | **PRISONER PETITIONS** | Leave Act | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ | [ ] 463 Alien Detainee | [ ] 791 Employee Retirement | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | Accommodations | [ ] 510 Motions to Vacate | Income Security Act | [ ] 899 Administrative Procedure |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | Sentence | | Act/Review or Appeal of |
| | Employment | [ ] 530 General | **FEDERAL TAX SUITS** | Agency Decision |
| | [ ] 446 Amer. w/Disabilities - | [ ] 535 Death Penalty | [ ] 870 Taxes (U.S. Plaintiff | [ ] 950 Constitutionality of |
| | Other | **Other:** | or Defendant) | State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 871 IRS—Third Party | |
| | | [ ] 550 Civil Rights | 26 USC 7609 | |
| | | [ ] 555 Prison Condition | | |
| | | [ ] 560 Civil Detainee - | **IMMIGRATION** | |
| | | Conditions of | [ ] 462 Naturalization Application | |
| | | Confinement | [ ] 465 Other Immigration | |
| | | | Actions | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC section 1332(a)(1)

Brief description of cause:
Breach of Loan agreement, conversion and tortious intereference

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 1,500,000.00

CHECK YES only if demanded in complaint.
JURY DEMAND:  [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
March 16, 2021

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____